1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone: (510) 637-3929
7      Facsimile: (510) 637-3724
       E-Mail:    Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff                              **FILED**
9
                                                        NOV - 9 2009
10                  UNITED STATES DISTRICT COURT
                                                        RICHARD W. WIEKING
11                 NORTHERN DISTRICT OF CALIFORNIA      CLERK, U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION                     OAKLAND

13  UNITED STATES OF AMERICA,        )    No. CR 09-00774 SBA
                                     )
14         Plaintiff,                )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING STATUS
15    v.                             )    CONFERENCE AND EXCLUDING TIME
                                     )
16  DEANGELO PANTALION WILLIAMS,     )
                                     )
17         Defendant.                )
                                     )
18  _____ )

19
20      Plaintiff, by and through its attorney of record, and defendants, by and through their

21  attorneys of record, hereby stipulate and ask the Court to find as follows:

22      1.    A status conference in this matter is currently scheduled for 9 a.m. on Tuesday,

23  November 10, 2009.

24      2.    The parties request that this hearing be continued until 9 a.m. on Tuesday,

25  December 1, 2009, because defendant's counsel is unavailable on November 10 due to a trial in

26  state court and in order to provide defendant's counsel with additional time to evaluate the

27  evidence in this case and determine whether or not defendant should enter a change of plea or file

28  motions and to prepare for trial in this matter.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. Specifically, defendant's counsel needs the continuance in order to review a proposed plea agreement, review discovery, to schedule and conduct a meeting with the government to physically examine evidence seized, to review and analyze the discovery materials produced, investigate the case, and develop a motions and/or trial strategy in light of that discovery. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from November 10, 2009, to December 1, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: November 6, 2009

/s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: November 6, 2009

/s/
PAUL DEMEESTER, ESQ.

Attorney for Defendant
Deangelo Pantalion Williams

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                         2

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled November 10, 2009, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on December 1, 2009.

2. The time period from November 10, 2009, to December 1, 2009, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

DATED: 11-6-09

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE